957 A.2d 224

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jamod ROHN, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 26, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of August, 2008, the Application for Relief under Pa.R.A.P. 123 is **DENIED.**